| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Stahl, Norman H | 2. Court or Organization US Court of Appeals - 1st Cir. | 3. Date of Report 05/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address US Court of Appeals 1 Courthouse Way, Suite 8730 Boston, Massachusetts 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Board of Managers | Millennium Highrise Residential Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stahl, Norman H | 05/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ashland House Associates | E | Distribution | M | W | | | | | |
| 2. Indian Trail Groves | A | Distribution | J | W | | | | | |
| 3. Rental Building, Lynchburg, VA | A | Rent | | | Sold | 12/31 | L | E | Most, LLC |
| 4. Cmn Stk, Exxon Mobil | A | Dividend | K | T | | | | | |
| 5. Cmn Stk, Johnson & Johnson | C | Dividend | M | T | | | | | |
| 6. Cmn Stk, Pepsico | B | Dividend | M | T | | | | | |
| 7. Cmn Stk, Microsoft Corp | A | Dividend | | | Prt sell | 1/25 | J | A | |
| 8. | | | | | Prt sell | 1/30 | J | A | |
| 9. | | | | | Prt sell | 6/20 | J | D | |
| 10. | | | | | Sold | 6/23 | K | E | |
| 11. Cmn Stk, Exxon Mobil | C | Dividend | M | T | | | | | |
| 12. Shrs, Inst. Daily Inc. Fund - IRA | A | Dividend | O | T | | | | | |
| 13. Cmn Stk, Microsoft Corp - IRA | B | Dividend | | | Prt sell | 1/30 | K | A | |
| 14. | | | | | Prt sell | 6/8 | J | A | |
| 15. | | | | | Prt sell | 6/20 | J | A | |
| 16. | | | | | Sold | 6/30 | L | E | |
| 17. Shrs, Europacific Growth Fund - IRA | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Shrs, Washington Mutual Investors Fund - IRA | B | Dividend | M | T | | | | | |
| 19. Shrs, Europacific Growth Fund - IRA | A | Dividend | K | T | | | | | |
| 20. Shrs, Washington Mutual Investors Fund - IRA | B | Dividend | L | T | | | | | |
| 21. Shrs, Inst. Daily Income Fund | A | Dividend | L | T | | | | | |
| 22. Cmn Stk, Stryker Corp | A | Dividend | L | T | | | | | |
| 23. Cmn Stk, Marriott Intl | | None | | | Prt sell | 1/18 | K | B | |
| 24. | | | | | Prt sell | 4/7 | J | D | |
| 25. | | | | | Prt sell | 5/9 | J | C | |
| 26. | | | | | Prt sell | 5/18 | J | C | |
| 27. | | | | | Prt sell | 6/2 | J | C | |
| 28. | | | | | Prt sello | 6/30 | J | C | |
| 29. | | | | | Prt sell | 8/31 | J | B | |
| 30. | | | | | Prt sell | 10/5 | J | C | |
| 31. | | | | | Prt sell | 10/19 | J | C | |
| 32. | | | | | Prt sell | 11/16 | J | C | |
| 33. | | | | | Sold | 11/22 | K | D | |
| 34. Cmn Stk, Marriott Intl - IRA | A | Dividend | | | Prt sell | 4/7 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Prt sell | 4/18 | J | D | |
| 36. | | | | | Prt sell | 5/9 | J | C | |
| 37. | | | | | Prt sell | 5/11 | J | B | |
| 38. | | | | | Prt sell | 5/18 | J | C | |
| 39. | | | | | Prt sell | 6/2 | J | C | |
| 40. | | | | | Prt sell | 7/13 | K | D | |
| 41. | | | | | Prt sell | 8/31 | J | B | |
| 42. | | | | | Prt sell | 10/5 | J | C | |
| 43. | | | | | Prt sell | 10/19 | J | D | |
| 44. | | | | | Prt sell | 11/16 | J | C | |
| 45. | | | | | Sold | 11/22 | K | E | |
| 46. Cmn Stk, Dell Computers - IRA | | None | | | Prt sell | 3/23 | K | B | |
| 47. | | | | | Sold | 4/25 | L | B | |
| 48. Cmn Stk, Dell Computers | | None | | | Prt sell | 2/13 | J | A | |
| 49. | | | | | Prt sell | 3/23 | J | A | |
| 50. | | | | | Prt sell | 2/13 | J | A | |
| 51. | | | | | Prt sell | 4/21 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Prt sell | 4/24 | K | D | |
| 53. | | | | | Sold | 4/25 | J | B | |
| 54. Svgs Acct, Martha's Vineyard Cooperative Bank | A | Interest | J | T | | | | | |
| 55. Cmn Stk, General Electric Co | D | Dividend | M | T | Prt sell | 10/31 | J | A | |
| 56. | | | | | Prt sell | 11/1 | J | A | |
| 57. | | | | | Prt sell | 11/20 | J | A | |
| 58. Massachusetts St Bond 6%, 11/1/10 | B | Interest | K | T | | | | | |
| 59. Maassachusetts Bay Trans Auth Bond 5.5%, 3/11/11 | B | Interest | K | T | | | | | |
| 60. Dighton & Rehoboth MA Bond 4.75%, 5/1/13 | B | Interest | K | T | | | | | |
| 61. Framinham MA Bond 4.4%, 8/15/14 | B | Interest | | | Sold | 9/22 | K | B | |
| 62. Wenham MA Bond 4.9%, 6/1/17 | B | Interest | K | T | | | | | |
| 63. Cmn Stk, Kellogg Co | B | Dividend | L | T | Prt sell | 6/22 | J | A | |
| 64. | | | | | Prt sell | 7/12 | J | B | |
| 65. Cmn Stk, Target Corp | A | Dividend | M | T | Prt sell | 7/6 | J | A | |
| 66. | | | | | Prt sell | 7/6 | J | A | |
| 67. | | | | | Prt sell | 8/29 | J | A | |
| 68. | | | | | Prt sell | 10/3 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Prt sell | 10/24 | J | B | |
| 70. | | | | | Prt sell | 10/31 | J | C | |
| 71. Cmn Stk, Kellogg Co - IRA | B | Dividend | M | T | Prt sell | 6/6 | J | B | |
| 72. | | | | | Buy add | 10/25 | J | | |
| 73. Cmn Stk, Target Corp - IRA | A | Dividend | M | T | Prt sell | 7/6 | K | A | |
| 74. | | | | | Prt sell | 8/29 | J | A | |
| 75. | | | | | Prt sell | 10/3 | J | A | |
| 76. | | | | | Prt sell | 10/3 | J | A | |
| 77. | | | | | Prt sell | 10/24 | J | B | |
| 78. | | | | | Prt sell | 10/31 | J | B | |
| 79. Massachusetts Bay Trans Auth Bond, 5.25%, 3/1/07 | A | Interest | K | T | | | | | |
| 80. Cmn Stk, Dell Computers | | None | | | Prt sell | 2/13 | J | A | |
| 81. | | | | | Prt sell | 3/23 | J | A | |
| 82. | | | | | Prt sell | 4/21 | J | A | |
| 83. | | | | | Prt sell | 4/24 | K | A | |
| 84. | | | | | Sold | 4/25 | J | A | |
| 85. Cmn Stk, Kellogg Co | B | Dividend | L | T | Prt sell | 6/22 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Prt sell | 7/12 | J | A | |
| 87. Cmn Stk, Microsoft Corp | A | Dividend | | | Prt sell | 1/25 | J | A | |
| 88. | | | | | Prt sell | 1/30 | J | A | |
| 89. | | | | | Buy add | 4/28 | J | | |
| 90. | | | | | Prt sell | 6/8 | J | A | |
| 91. | | | | | Prt sell | 6/20 | J | A | |
| 92. | | | | | Sold | 6/23 | J | A | |
| 93. MM Acct, Citizens Bank | A | Interest | K | T | | | | | |
| 94. Inv. Cash, WP Stewart Securities, Ltd | C | Interest | M | T | | | | | |
| 95. Cmn Stk, Amgen Corp | | None | L | T | Buy add | 4/11 | J | | |
| 96. | | | | | Buy add | 4/24 | J | | |
| 97. | | | | | Prt sell | 6/15 | K | A | |
| 98. | | | | | Prt sell | 7/20 | J | A | |
| 99. | | | | | Prt sell | 8/1 | J | A | |
| 100. | | | | | Prt sell | 11/10 | J | B | |
| 101. Cmn Stk, Qualcomm | A | Dividend | L | T | Prt sell | 3/8 | K | D | , |
| 102. | | | | | Prt sell | 3/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stahl, Norman H** | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Prt sell | 4/4 | J | D | |
| 104. | | | | | Buy add | 6/23 | J | | |
| 105. | | | | | Buy add | 7/10 | J | | |
| 106. | | | | | Buy add | 11/9 | J | | |
| 107. Cmn Stk, Amgen Corp - IRA | | None | K | T | Prt sell | 6/15 | K | A | |
| 108. | | | | | Prt sell | 8/1 | K | A | |
| 109. Cmn Stk, Qualcomm - IRA | A | Dividend | L | T | Prt sell | 3/8 | J | B | |
| 110. | | | | | Prt sell | 3/16 | J | B | |
| 111. | | | | | Prt sell | 4/4 | J | D | |
| 112. | | | | | Prt sell | 4/18 | J | C | |
| 113. | | | | | Buy add | 5/24 | J | | |
| 114. | | | | | Buy add | 5/30 | J | | |
| 115. | | | | | Buy add | 6/23 | J | | |
| 116. | | | | | Buy add | 6/30 | J | | |
| 117. | | | | | Buy add | 7/10 | J | | |
| 118. | | | | | Buy add | 8/8 | J | | |
| 119. | | | | | Buy add | 9/28 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000

3. Value Method Codes (See Column C2)
P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy add | 10/2 | J | | |
| 121. | | | | | Buy add | 10/4 | J | | |
| 122. | | | | | Buy add | 10/27 | J | | |
| 123. | | | | | Buy add | 11/9 | J | | |
| 124. Cmn Stk, Amgen Corp | | None | K | T | Buy add | 3/22 | J | | |
| 125. | | | | | Buy add | 4/24 | J | | |
| 126. | | | | | Prt sell | 6/15 | J | A | |
| 127. | | | | | Prt sell | 7/20 | J | A | |
| 128. | | | | | Prt sell | 8/1 | J | A | |
| 129. Cmn Stk, Marriott Intl | A | Dividend | | | Prt sell | 1/18 | K | B | |
| 130. | | | | | Prt sell | 4/18 | J | D | |
| 131. | | | | | Prt sell | 5/11 | J | B | |
| 132. | | | | | Prt sell | 5/18 | J | C | |
| 133. | | | | | Prt sell | 6/2 | J | B | |
| 134. | | | | | Prt sell | 6/29 | J | B | |
| 135. | | | | | Prt sell | 7/13 | J | B | |
| 136. | | | | | Prt sell | 8/31 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Prt sell | 10/5 | J | B | |
| 138. | | | | | Prt sell | 10/19 | J | C | |
| 139. | | | | | Prt sell | 11/16 | J | B | |
| 140. | | | | | Sold | 11/22 | J | D | |
| 141. Cmn Stk, Qualcomm | A | Dividend | L | T | Prt sell | 3/8 | J | C | |
| 142. | | | | | Prt sell | 3/16 | J | B | |
| 143. | | | | | Prt sell | 4/4 | J | C | |
| 144. | | | | | Buy add | 5/24 | J | | |
| 145. | | | | | Buy add | 6/22 | J | | |
| 146. | | | | | Buy add | 6/23 | J | | |
| 147. | | | | | Buy add | 6/30 | J | | |
| 148. | | | | | Buy add | 7/13 | J | | |
| 149. | | | | | Buy add | 8/8 | J | | |
| 150. | | | | | Buy add | 9/28 | J | | |
| 151. | | | | | Buy add | 10/2 | J | | |
| 152. | | | | | Buy add | 10/27 | J | | |
| 153. | | | | | Buy add | 11/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cmn Stk, Target | A | Dividend | L | T | Prt sell | 7/6 | J | A | |
| 155. | | | | | Prt sell | 8/29 | J | A | |
| 156. | | | | | Prt sell | 10/3 | J | B | |
| 157. | | | | | Prt sell | 10/24 | J | B | |
| 158. Cmn Stk, Pfizer | B | Dividend | K | T | | | | | |
| 159. Cmn Stk, Proctor & Gamble | A | Dividend | L | T | Prt sell | 2/9 | K | B | |
| 160. | | | | | Buy add | 5/18 | J | | |
| 161. | | | | | Prt sell | 11/30 | J | B | |
| 162. Cmn Stk, Amazon.com | | None | K | T | Buy add | 2/28 | J | | |
| 163. | | | | | Buy add | 3/1 | J | | |
| 164. | | | | | Buy add | 4/26 | J | | |
| 165. | | | | | Buy add | 5/5 | | | |
| 166. | | | | | Prt sell | 9/5 | J | A | |
| 167. | | | | | Prt sell | 9/5 | J | A | |
| 168. | | | | | Prt sell | 11/21 | J | A | |
| 169. Cmn Stk, American Express Co | A | Dividend | L | T | Prt sell | 1/11 | K | C | |
| 170. | | | | | Prt sell | 5/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Prt sell | 5/18 | J | A | |
| 172. | | | | | Prt sell | 5/31 | J | B | |
| 173. | | | | | Prt sell | 12/5 | J | B | |
| 174.  Cmn Stk, Charles Schwab Corp | A | Dividend | L | T | Prt sell | 12/6 | J | A | |
| 175. | | | | | Prt sell | 3/6 | K | D | |
| 176. | | | | | Prt sell | 3/15 | J | B | |
| 177. | | | | | Prt sell | 3/16 | J | A | |
| 178. | | | | | Prt sell | 5/8 | J | B | |
| 179. | | | | | Prt sell | 5/11 | J | B | |
| 180. | | | | | Buy add | 7/12 | J | | |
| 181. | | | | | Buy add | 10/19 | J | | |
| 182.  Cmn Stk, General Electric | B | Dividend | K | T | Prt sell | 5/5 | K | A | |
| 183. | | | | | Prt sell | 7/26 | J | A | |
| 184. | | | | | Prt sell | 5/30 | J | A | |
| 185. | | | | | Prt sell | 7/26 | J | A | |
| 186. | | | | | Prt sell | 10/31 | K | A | |
| 187. | | | | | Prt sell | 11/1 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Prt sell | 11/10 | J | A | |
| 189. | | | | | Prt sell | 11/20 | J | A | |
| 190. Cmn Stk, Proctor & Gamble - IRA | B | Dividend | M | T | Prt sell | 2/9 | J | A | |
| 191. | | | | | Buy add | 6/6 | J | | |
| 192. | | | | | Prt sell | 11/30 | J | B | |
| 193. Cmn Stk, Amazon.com - IRA | | None | L | T | Buy add | 5/1 | J | | |
| 194. | | | | | Buy add | 5/5 | J | | |
| 195. | | | | | Prt sell | 8/10 | K | A | |
| 196. | | | | | Prt sell | 9/5 | J | A | |
| 197. | | | | | Prt sell | 11/15 | J | B | |
| 198. | | | | | Prt sell | 11/21 | J | A | |
| 199. Cmn Stk, American Express Co - IRA | B | Dividend | M | T | Prt sell | 1/11 | J | A | |
| 200. | | | | | Prt sell | 5/11 | J | A | |
| 201. | | | | | Prt sell | 5/18 | J | B | |
| 202. | | | | | Prt sell | 5/31 | J | B | |
| 203. | | | | | Prt sell | 6/6 | J | A | |
| 204. | | | | | Prt sell | 12/5 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Cmn Stk, Charles Schwab Corp - IRA | A | Dividend | M | T | Prt sell | 2/23 | J | A | |
| 206. | | | | | Prt sell | 3/6 | J | C | |
| 207. | | | | | Prt sell | 3/15 | J | C | |
| 208. | | | | | Prt sell | 3/16 | J | B | |
| 209. | | | | | Prt sell | 4/19 | J | B | |
| 210. | | | | | Prt sell | 5/8 | J | B | |
| 211. | | | | | Prt sell | 5/11 | J | C | |
| 212. | | | | | Buy add | 6/23 | J | | |
| 213. | | | | | Buy add | 7/12 | J | | |
| 214. | | | | | Buy add | 7/13 | J | | |
| 215. | | | | | Prt sell | 11/6 | J | A | |
| 216. | | | | | Prt sell | 12/5 | J | A | |
| 217. | | | | | Prt sell | 12/6 | J | A | |
| 218. Cmn Stk, General Electric - IRA | C | Dividend | L | T | Buy add | 3/2 | J | | |
| 219. | | | | | Prt sell | 5/30 | J | A | |
| 220. | | | | | Prt sell | 6/6 | J | A | |
| 221. | | | | | Prt sell | 10/31 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Prt sell | 11/20 | J | A | |
| 223. | | | | | Prt sell | 5/5 | K | A | |
| 224. | | | | | Prt sell | 5/30 | J | A | |
| 225. | | | | | Prt sell | 8/15 | J | A | |
| 226. | | | | | Prt sell | 10/25 | J | A | |
| 227. | | | | | Prt sell | 11/10 | K | A | |
| 228. | | | | | Prt sell | 11/20 | J | A | |
| 229. Windham Ct 4.876% 6/15/08 Bond | B | Interest | | | Redeemed | 6/15 | K | A | |
| 230. Waterford WI 5% 4/1/13 Bond | B | Interest | K | T | | | | | |
| 231. Cmn Stk, Amazon.com | | None | K | T | Buy add | 2/10 | J | | |
| 232. | | | | | Buy add | 2/13 | J | | |
| 233. | | | | | Buy add | 3/22 | J | | |
| 234. | | | | | Buy add | 4/27 | J | | |
| 235. | | | | | Prt sell | 8/10 | J | A | |
| 236. | | | | | Prt sell | 11/15 | J | A | |
| 237. | | | | | Prt sell | 11/21 | J | A | |
| 238. Cmn Stk, American Express | A | Dividend | L | T | Prt sell | 5/11 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Prt sell | 5/18 | J | A | |
| 240. | | | | | Prt sell | 5/31 | J | B | |
| 241. | | | | | Buy add | 8/29 | J | | |
| 242. | | | | | Prt sell | 12/5 | J | A | |
| 243. Cmn Stk, Charles Schwab Corp | A | Dividend | K | T | Prt sell | 3/6 | J | C | |
| 244. | | | | | Prt sell | 3/15 | J | B | |
| 245. | | | | | Prt sell | 5/8 | J | B | |
| 246. | | | | | Prt sell | 5/11 | J | B | |
| 247. | | | | | Buy add | 6/23 | J | | |
| 248. | | | | | Buy add | 6/28 | J | | |
| 249. | | | | | Buy add | 7/13 | J | | |
| 250. | | | | | Buy add | 10/19 | J | | |
| 251. | | | | | Prt sell | 12/5 | J | A | |
| 252. | | | | | Prt sell | 12/6 | J | A | |
| 253. Cmn Stk, Proctor & Gamble | B | Dividend | K | T | Prt sell | 2/9 | J | B | |
| 254. | | | | | Buy add | 6/1 | J | | |
| 255. | | | | | Buy add | 7/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Prt sell | 11/30 | J | A | |
| 257. Cmn Stk, Medco Health Solutions | | None | J | T | | | | | |
| 258. Cmn Stk, Walt Disney Co | A | Dividend | M | T | Buy add | 3/22 | K | | |
| 259. | | | | | Buy add | 3/23 | J | | |
| 260. | | | | | Buy add | 5/10 | J | | |
| 261. Cmn Stk, Home Depot | A | Dividend | | | Prt sell | 1/25 | K | B | |
| 262. | | | | | Prt sell | 3/14 | K | B | |
| 263. | | | | | Prt sell | 4/21 | J | A | |
| 264. | | | | | Prt sell | 4/24 | J | A | |
| 265. | | | | | Sold | 5/11 | J· | A | |
| 266. Cmn Stk, Pepsico | B | Dividend | L | T | Buy add | 11/14 | J | | |
| 267. Cmn Stk, Time Warner Inc | A | Dividend | L | T | Prt sell | 2/9 | K | A | |
| 268. | | | | | Buy add | 3/9 | J | | |
| 269. | | | | | Buy add | 3/10 | J | | |
| 270. | | | | | Buy add | 3/16 | J | | |
| 271. | | | | | Buy add | 3/17 | J | | |
| 272. | | | | | Buy add | 3/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy add | 4/4 | J | | |
| 274. | | | | | Prt sell | 5/24 | J | A | |
| 275. | | | | | Buy add | 8/8 | J | | |
| 276. | | | | | Prt sell | 10/11 | J | B | |
| 277. | | | | | Prt sell | 10/31 | J | A | |
| 278. Cmn Stk, Williams Sonoma Inc | | None | | | Prt sell | 5/10 | J | B | |
| 279. | | | | | Prt sell | 9/15 | J | A | |
| 280. | | | | | Prt sell | 10/2 | J | A | |
| 281. | | | | | Prt sell | 10/23 | J | A | |
| 282. | | | | | Sold | 10/24 | J | A | |
| 283. Cmn Stk, Walt Disney Co - IRA | A | Dividend | M | T | Buy add | 1/25 | J | | |
| 284. | | | | | Buy add | 1/26 | J | | |
| 285. | | | | | Buy add | 2/1 | J | | |
| 286. | | | | | Buy add | 3/22 | J | | |
| 287. | | | | | Buy add | 3/23 | J | | |
| 288. | | | | | Prt sell | 6/6 | J | A | |
| 289. | | | | | Buy add | 10/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Prt sell | 12/27 | J | A | |
| 291. Cmn Stk, Home Depot - IRA | A | Dividend | | | Prt sell | 2/6 | K | A | |
| 292. | | | | | Prt sell | 2/14 | J | A | |
| 293. | | | | | Prt sell | 3/14 | K | B | |
| 294. | | | | | Prt sell | 4/3 | K | C | |
| 295. | | | | | Sold | 4/12 | K | B | |
| 296. Cmn Stk, Johnson & Johnson - IRA | C | Dividend | | | Prt sell | 3/22 | K | A | |
| 297. | | | | | Sold | 4/27 | L | A | |
| 298. Cmn Stk, Pepsico - IRA | B | Dividend | M | T | Prt sell | 7/13 | J | A | |
| 299. | | | | | Prt sell | 7/13 | J | A | |
| 300. | | | | | Buy add | 10/6 | J | | |
| 301. | | | | | Buy add | 10/20 | J | | |
| 302. | | | | | Buy add | 10/24 | J | | |
| 303. Cmn Stk, Time Warner Inc - IRA | B | Dividend | M | T | Prt sell | 2/9 | J | A | |
| 304. | | | | | Buy add | 2/23 | J | | |
| 305. | | | | | Buy add | 2/24 | J | | |
| 306. | | | | | Buy add | 2/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy add | 3/9 | J | | |
| 308. | | | | | Buy add | 3/16 | J | | |
| 309. | | | | | Buy add | 3/17 | J | | |
| 310. | | | | | Buy add | 3/21 | J | | |
| 311. | | | | | Buy add | 3/23 | J | | |
| 312. | | | | | Buy add | 4/4 | J | | |
| 313. | | | | | Prt sell | 5/24 | K | A | |
| 314. | | | | | Prt sell | 6/6 | J | A | |
| 315. | | | | | Buy add | 8/7 | J | | |
| 316. | | | | | Buy add | 8/8 | J | | |
| 317. | | | | | Prt sell | 10/11 | J | A | |
| 318. | | | | | Prt sell | 10/31 | J | A | |
| 319. | | | | | Prt sell | 10/31 | J | A | |
| 320. | | | | | Prt sell | 12/22 | K | C | |
| 321. Cmn Stk, Williams Sonoma - IRA | None | | | | Prt sell | 5/10 | J | A | |
| 322. | | | | | Prt sell | 9/28 | J | A | |
| 323. | | | | | Prt sell | 10/2 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Prt sell | 10/23 | J | A | |
| 325. | | | | | Prt sell | 10/23 | J | A | |
| 326. | | | | | Sold | 10/24 | J | A | |
| 327. Massachusetts St Wtr 5.5% 8/1/09 Bond | B | Interest | K | T | | | | | |
| 328. Springfield MA GO 5% 8/1/10 Bond | B | Interest | K | T | | | | | |
| 329. Northwest Allen Ind Sch 5% 7/15/13 Bond | B | Interest | K | T | | | | | |
| 330. Cmn Stk, Walt Disney Co | A | Dividend | L | T | Buy add | 3/22 | K | | |
| 331. | | | | | Buy add | 3/23 | J | | |
| 332. | | | | | Buy add | 5/17 | J | | |
| 333. Cmn Stk, Home Depot | A | Dividend | | | Prt sell | 1/25 | K | B | |
| 334. | | | | | Prt sell | 3/14 | J | B | |
| 335. | | | | | Sold | 4/24 | K | B | |
| 336. Cmn Stk, Time Warner Inc | A | Dividend | K | T | Prt sell | 2/9 | K | A | |
| 337. | | | | | Buy add | 3/9 | J | | |
| 338. | | | | | Buy add | 3/16 | J | | |
| 339. | | | | | Buy add | 3/17 | J | | |
| 340. | | | | | Buy add | 3/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy add | 4/4 | J | | |
| 342. | | | | | Prt sell | 5/24 | J | A | |
| 343. | | | | | Buy add | 8/7 | J | | |
| 344. | | | | | Buy add | 8/8 | J | | |
| 345. | | | | | Prt sell | 10/11 | J | A | |
| 346. | | | | | Prt sell | 10/31 | J | A | |
| 347. Cmn Stk, Williams Sonoma | | None | | | Prt sell | 5/10 | J | A | |
| 348. | | | | | Buy add | 7/11 | J | | |
| 349. | | | | | Prt sell | 10/2 | J | A | |
| 350. | | | | | Prt sell | 10/23 | J | A | |
| 351. | | | | | Sold | 10/24 | J | A | |
| 352. Cmn Stk, Carnival Corp | A | Dividend | L | T | Buy | 4/12 | J | | |
| 353. | | | | | Buy add | 4/13 | J | | |
| 354. | | | | | Buy add | 4/17 | J | | |
| 355. | | | | | Buy add | 4/18 | J | | |
| 356. | | | | | Buy add | 4/19 | J | | |
| 357. | | | | | Buy add | 5/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy add | 5/17 | J | | |
| 359. | | | | | Buy add | 6/22 | J | | |
| 360. | | | | | Buy add | 11/30 | J | | |
| 361. | | | | | Buy add | 12/15 | J | | |
| 362. Cmn Stk, EBAY Inc | None | | L | T | Buy | 4/21 | K | | |
| 363. | | | | | Buy add | 4/24 | J | | |
| 364. | | | | | Buy add | 4/25 | J | | |
| 365. | | | | | Buy add | 4/27 | J | | |
| 366. | | | | | Buy add | 5/5 | J | | |
| 367. | | | | | Buy add | 5/8 | J | | |
| 368. | | | | | Buy add | 6/15 | J | | |
| 369. | | | | | Buy add | 6/23 | J | | |
| 370. | | | | | Buy add | 7/6 | J | | |
| 371. | | | | | Buy add | 7/20 | J | | |
| 372. | | | | | Buy add | 8/1 | J | | |
| 373. | | | | | Prt sell | 11/6 | J | A | |
| 374. | | | | | Prt sell | 11/9 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Cmn Stk, Walgreen Co | A | Dividend | K | T | Buy | 10/31 | J | | |
| 376. | | | | | Buy add | 11/1 | J | | |
| 377. | | | | | Buy add | 11/15 | J | | |
| 378. | | | | | Buy add | 11/16 | J | | |
| 379. | | | | | Buy add | 11/17 | J | | |
| 380. | | | | | Buy add | 11/21 | J | | |
| 381. | | | | | Buy add | 11/22 | J | | |
| 382. Cmn Stk, Whole Foods Market Inc | | None | K | T | Buy | 3/14 | J | | |
| 383. | | | | | Sold | 3/29 | J | A | |
| 384. | | | | | Buy | 11/22 | J | | |
| 385. | | | | | Buy add | 12/13 | J | | |
| 386. Cmn Stk, WM Wrigley Jr Co | A | Dividend | K | T | Buy | 4/18 | J | | |
| 387. | | | | | Buy add | 6/15 | J | | |
| 388. | | | | | Buy add | 7/26 | J | | |
| 389. Cmn Stk, Wyeth Co | A | Dividend | L | T | Buy | 5/11 | J | | |
| 390. | | | | | Buy add | 5/12 | J | | |
| 391. | | | | | Buy add | 5/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stahl, Norman H** | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy add | 5/18 | J | | |
| 393. | | | | | Buy add | 8/30 | J | | |
| 394. | | | | | Buy add | 9/5 | J | | |
| 395. | | | | | Buy add | 11/8 | J | | |
| 396. | | | | | Buy add | 11/10 | J | | |
| 397. | | | | | Buy add | 11/15 | J | | |
| 398. | | | | | Buy add | 11/21 | J | | |
| 399. Cmn Stk, Carnival Corp - IRA | A | Dividend | M | T | Buy | 4/12 | J | | |
| 400. | | | | | Buy add | 4/13 | J | | |
| 401. | | | | | Buy add | 4/17 | J | | |
| 402. | | | | | Buy add | 4/18 | J | | |
| 403. | | | | | Buy add | 4/24 | J | | |
| 404. | | | | | Buy add | 4/25 | J | | |
| 405. | | | | | Buy add | 5/16 | J | | |
| 406. | | | | | Buy add | 5/17 | J | | |
| 407. | | | | | Buy add | 6/2 | J | | |
| 408. | | | | | Buy add | 6/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy add | 6/20 | J | | |
| 410. | | | | | Buy add | 6/22 | J | | |
| 411. | | | | | Buy add | 6/26 | J | | |
| 412. | | | | | Buy add | 10/11 | J | | |
| 413. | | | | | Buy add | 11/30 | J | | |
| 414. | | | | | Buy add | 12/1 | J | | |
| 415. Cmn Stk, EBAY Inc - IRA | None | M | T | | Buy | 4/21 | K | | |
| 416. | | | | | Buy add | 4/24 | K | | |
| 417. | | | | | Buy add | 4/25 | J | | |
| 418. | | | | | Buy add | 4/26 | J | | |
| 419. | | | | | Buy add | 4/27 | J | | |
| 420. | | | | | Buy add | 5/5 | J | | |
| 421. | | | | | Buy add | 5/8 | J | | |
| 422. | | | | | Buy add | 5/16 | J | | |
| 423. | | | | | Buy add | 5/22 | J | | |
| 424. | | | | | Buy add | 6/15 | J | | |
| 425. | | | | | Buy add | 6/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy add | 6/23 | J | | |
| 427. | | | | | Buy add | 6/30 | J | | |
| 428. | | | | | Buy add | 7/6 | J | | |
| 429. | | | | | Buy add | 7/20 | J | | |
| 430. | | | | | Buy add | 8/1 | J | | |
| 431. | | | | | Buy add | 9/21 | J | | |
| 432. | | | | | Prt sell | 11/9 | K | A | |
| 433. | | | | | Buy add | 12/22 | J | | |
| 434. Cmn Stk, Walgreen Co - IRA | A | Dividend | L | T | Buy | 10/31 | K | | |
| 435. | | | | | Buy add | 11/1 | K | | |
| 436. | | | | | Buy add | 11/2 | J | | |
| 437. | | | | | Buy add | 11/16 | J | | |
| 438. | | | | | Buy add | 11/17 | J | | |
| 439. | | | | | Buy add | 11/21 | J | | |
| 440. | | | | | Buy add | 11/22 | J | | |
| 441. Cmn Stk, Whole Foods Market Inc - IRA | | None | K | T | Buy | 3/14 | J | | |
| 442. | | | | | Sold | 3/29 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy | 11/22 | K | | |
| 444. | | | | | Buy add | 11/28 | J | | |
| 445. | | | | | Buy add | 12/5 | J | | |
| 446. Cmn Stk, WM Wrigley Jr Co - IRA | A | Dividend | L | T | Buy | 4/18 | J | | |
| 447. | | | | | Buy add | 4/27 | J | | |
| 448. | | | | | Buy add | 5/31 | J | | |
| 449. | | | | | Buy add | 6/15 | J | | |
| 450. | | | | | Buy add | 7/26 | J | | |
| 451. | | | | | Buy add | 9/12 | J | | |
| 452. | | | | | Buy add | 9/20 | J | | |
| 453. | | | | | Buy add | 10/3 | J | | |
| 454. | | | | | Prt sell | 11/2 | J | A | |
| 455. Cmn Stk, Wyeth Co - IRA | A | Dividend | M | T | Buy | 5/11 | J | | |
| 456. | | | | | Buy add | 5/12 | J | | |
| 457. | | | | | Buy add | 5/15 | J | | |
| 458. | | | | | Buy add | 5/17 | J | | |
| 459. | | | | | Buy add | 5/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy add | 6/8 | J | | |
| 461. | | | | | Buy add | 6/20 | J | | |
| 462. | | | | | Buy add | 6/21 | J | | |
| 463. | | | | | Buy add | 8/10 | J | | |
| 464. | | | | | Buy add | 8/23 | J | | |
| 465. | | | | | Buy add | 9/5 | J | | |
| 466. | | | | | Buy add | 9/14 | J | | |
| 467. | | | | | Buy add | 11/5 | J | | |
| 468. | | | | | Buy add | 11/9 | J | | |
| 469. | | | | | Buy add | 11/10 | J | | |
| 470. | | | | | Buy add | 11/14 | J | | |
| 471. | | | | | Buy add | 11/21 | J | | |
| 472. Las Vegas NV GO 5.0% 4/1/15 Bond | A | Interest | K | T | Buy | 3/16 | K | | |
| 473. Lowell MA GO 5.0% 12/15/15 Bond | A | Interest | K | T | Buy | 8/7 | K | | |
| 474. Methuen MA GO 5.0% 10/15/14 Bond | | None | K | T | Buy | 9/22 | K | | |
| 475. Cmn Stk, Carnival Corp | | None | L | T | Buy | 4/12 | J | | |
| 476. | | | | | Buy add | 4/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy add | 4/17 | J | | |
| 478. | | | | | Buy add | 4/19 | J | | |
| 479. | | | | | Buy add | 5/16 | J | | |
| 480. | | | | | Buy add | 6/2 | J | | |
| 481. | | | | | Buy add | 6/8 | J | | |
| 482. | | | | | Buy add | 6/20 | J | | |
| 483. | | | | | Buy add | 6/22 | J | | |
| 484. | | | | | Buy add | 10/25 | J | | |
| 485. | | | | | Buy add | 12/1 | J | | |
| 486. Cmn Stk, EBAY Inc | None | | L | T | Buy | 4/21 | K | | |
| 487. | | | | | Buy add | 4/24 | J | | |
| 488. | | | | | Buy add | 4/25 | J | | |
| 489. | | | | | Buy add | 4/26 | J | | |
| 490. | | | | | Buy add | 4/27 | J | | |
| 491. | | | | | Buy add | 5/8 | J | | |
| 492. | | | | | Buy add | 5/16 | J | | |
| 493. | | | | | Buy add | 5/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes. (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy add | 6/15 | J | | |
| 495. | | | | | Buy add | 6/16 | J | | |
| 496. | | | | | Buy add | 6/26 | J | | |
| 497. | | | | | Buy add | 7/6 | J | | |
| 498. | | | | | Buy add | 7/20 | J | | |
| 499. | | | | | Buy add | 9/21 | J | | |
| 500. | | | | | Prt sell | 11/9 | J | A | |
| 501. Cmn Stk, Walgreen Co | A | Dividend | K | T | Buy | 10/31 | J | | |
| 502. | | | | | Buy add | 11/1 | J | | |
| 503. | | | | | Buy add | 11/17 | J | | |
| 504. | | | | | Buy add | 11/21 | J | | |
| 505. | | | | | Buy add | 11/22 | J | | |
| 506. Cmn Stk, Whole Foods Market Inc | | None | K | T | Buy | 3/14 | J | | |
| 507. | | | | | Sold | 3/29 | J | A | |
| 508. | | | | | Buy | 11/22 | J | | |
| 509. | | | | | Buy add | 11/28 | J | | |
| 510. | | | | | Buy add | 12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Cmn Stk, WM Wrigley Jr Co | A | Dividend | K | T | Buy | 4/18 | J | | |
| 512. | | | | | Buy add | 5/12 | J | | |
| 513. | | | | | Buy add | 6/2 | J | | |
| 514. | | | | | Buy add | 6/6 | J | | |
| 515. | | | | | Buy add | 6/8 | J | | |
| 516. | | | | | Buy add | 9/12 | J | | |
| 517. Cmn Stk, Wyeth Co | A | Dividend | L | T | Buy | 5/11 | J | | |
| 518. | | | | | Buy add | 5/12 | J | | |
| 519. | | | | | Buy add | 5/17 | J | | |
| 520. | | | | | Buy add | 5/18 | J | | |
| 521. | | | | | Buy add | 5/19 | J | | |
| 522. | | | | | Buy add | 6/21 | J | | |
| 523. | | | | | Buy add | 8/10 | J | | |
| 524. | | | | | Buy add | 9/14 | J | | |
| 525. | | | | | Buy add | 11/6 | J | | |
| 526. | | | | | Buy add | 11/8 | J | | |
| 527. | | | | | Buy add | 11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy add | 11/21 | J | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*